IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'nAPP,

    Petitioner,           No. 2:08-cv-1040-GEB-JFM (HC)

    vs.

WARDEN, SALINAS VALLEY
STATE PRISON,

    Respondent.        <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with two motions for leave to proceed in forma pauperis.

        Examination of the in forma pauperis affidavits reveals that petitioner is unable to afford the costs of suit. Accordingly, the motions for leave to proceed in forma pauperis are granted. <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's March 21, 2008 and April 4, 2008 motions for leave to proceed in forma pauperis are granted;

2. Respondent is directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: June 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
k'na1040.100