IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'nAPP,

      Petitioner,              No. 2:08-cv-1040 GEB JFM (HC)

    vs.

WARDEN, SALINAS VALLEY
STATE PRISON,

      Respondent.            ORDER

                            /

        Petitioner has requested an extension of time to file and serve an opposition to respondent's July 24, 2008 amended motion to dismiss. Petitioner has included a request for injunctive relief with his request for extension of time. In his request for injunctive relief, petitioner alleges, inter alia, that he is litigating six separate actions, that he was denied access to his personal word processor for a period of time, that it is medically necessary for him to use the word processor to prepare documents for filing in his actions, and that his legal materials were significantly disorganized when returned to him by prison officials following his transfer from Salinas Valley State Prison to Sierra Conservation Center. It appears that petitioner now has access to his word processor. Moreover, petitioner has not made a specific showing that further injunctive relief is required at this time to protect his right to access the court to prosecute the instant action. Accordingly, petitioner's request for injunctive relief will be denied without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's August 19, 2008 motion for an extension of time is granted;

2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's July 24, 2008 amended motion to dismiss;

3. Respondent's reply, if any, shall be filed and served not later than ten days thereafter; and

4. Petitioner's August 19, 2008 request for injunctive relief is denied without prejudice.

DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
knap1040.111