IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'nAPP,

    Petitioner,      No. 2:08-cv-1040 GEB JFM (HC)

    vs.

WARDEN, SALINAS VALLEY
STATE PRISON,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 5, 2009, respondent was directed to file, within ten days, a response to petitioner's March 4, 2009 request for service of respondent's reply brief and petitioner's April 27, 2009 notice concerning non-receipt by petitioner of pleadings filed by respondent. Respondent's response was due on May 19, 2009. <u>See</u> Fed. R. Civ. P. 6(a). On May 6, 2009, respondent filed a motion for an extension of time to comply with the court's May 5, 2009 order. On May 19, 2009, respondent timely filed a response. Accordingly, respondent's motion for extension of time will be denied as unnecessary.

    In the response, respondent represents that the documents at issue were re-served on petitioner on May 19, 2009. Moreover, on May 18, 2009, petitioner filed a document notifying the court of receipt of respondent's answer. Accordingly, petitioner's March 4, 2009

/////

1

request will be denied as moot and the court will take no further action on the notice filed by petitioner on April 27, 2009.

In the document filed on May 18, 2009, petitioner seeks an extension of time to file his traverse, substitution of the Secretary of the California Department of Corrections (CDCR) and Rehabilitation as respondent in this action, and unspecified injunctive relief concerning his right to access the court to litigate the instant action. Good cause appearing, petitioner will be granted forty-five days from the date of this order in which to file and serve his traverse. At present, the court finds no basis in the record for substitution of the CDCR Secretary as the respondent in this action or for issuance of specific orders concerning petitioner's right of court access for these habeas corpus proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's May 6, 2009 motion for extension of time is denied as unnecessary;

2. Petitioner's March 4, 2009 request is denied as moot;

3. Petitioner's May 18, 2009 motion is granted in part and denied in part;

4. Petitioner is granted forty-five days from the date of this order to file and serve a traverse; and

5. Petitioner's request to substitute Secretary Matthew Cate as respondent in this action and for other relief is denied.

DATED: May 26, 2009.

UNITED STATES MAGISTRATE JUDGE

12
knap1040.o

2